A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

49 So.2d 923

### Huey BOYD v. STATE.
### 6 Div. 114.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

44 So.2d 909

### Kelsey BOYD v. STATE.
### 8 Div. 850.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

46 So.2d 859

### Joe BOYD v. STATE.
### 6 Div. 937.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

44 So.2d 32

### Ernest BOYETTE v. STATE.
### 6 Div. 820.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

46 So.2d 859

### Millard BRADFORD v. STATE.
### 1 Div. 595.

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Clarke County; Joe M. Pelham, Jr., Judge.

Carnal knowledge.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

47 So.2d 919

### J. W. BRADFORD v. STATE.
### 7 Div. 105.

Court of Appeals of Alabama.
July 12, 1950.

Appeal from Circuit Court, Calhoun County; Leslie C. Longshore, Judge.